UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-60192-CR-MOORE

UNITED STATES OF AMERICA,

v.

LUIS FERNANDO SEGURA,

    Defendant.
_____/

**GOVERNMENT'S RESPONSE TO**
**STANDING DISCOVERY ORDER**

    The United States of America, in response to the Standing Discovery Order issued in this case, files this response which are alphabetized and numbered to correspond to the original order and states as follows:

A.    1.    There is a statement made by the defendant on August 1, 2017 which is being sent under separate cover.

        2.    The defendant made no oral statements after arrest.

        3.    No defendant testified before the grand jury.

        4.    There are no prior convictions for the defendant.

        5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained from or belonging to the defendant, include but are not limited to:

    One CD disk is being sent under separate cover and contains a video recording of the defendant at the Pembroke Lakes Mall dental office in Pembroke Pines, FL on March 15, 2017; United States Department of Labor OSHA Authorized General Industry Trainer in the name of LUIS SEGURA; State of Florida Driver License information for DAVID SEGURA; Facebook photo of David Segura; photograph of DAVID SEGURA printed from the CD disk video recording at the dental office and Florida Department of Economic Opportunity information for DAVID SEGURA.

      6.      There are no reports of physical or mental examinations or scientific tests or experiments made in connection with this case expected by the undersigned.

B.      The United States requests the discovery and production of those items described and listed in paragraph B of the Standing Discovery Order, and as provided by Federal Rule of Criminal Procedure l6(b).

C.      None known

D.      None known

E.      None known

F.      To date, no photo spreads or other similar identification procedures have been conducted in this case.

G.      The government agents and officers involved in this case have been advised to preserve all rough notes they may have taken.

H.      The United States will advise the defendant, prior to trial, of its intent to introduce during its case in chief, evidence of other crimes, wrongs or acts as provided by Federal Rule of Evidence 404(b) if they exist.

I.      The defendant was not an aggrieved person as defined in Title 18, United States Code, Section 2510(11), that is, the defendant was not a party to any intercepted wire or oral communication or a person against whom the interception was directed.

J.      The United States has ordered transcripts of the grand jury testimony of all witnesses who will testify for the government at the trial of this case. The transcripts will be provided as required by Title 18, United States Code, Section, 3500.

K.      There are no controlled substances which are the subject of the indictment in this case.

L.      The United States did not seize or forfeit any automobile, vessel or aircraft allegedly used in the commission of the offenses in this indictment.

M.      Latent fingerprints examinations will not be conducted.

The United States demands, pursuant to Federal Rule of Criminal Procedure 12.1, notice of any defendant's intention to offer a defense of alibi. The approximate date, time and place at which the alleged offenses were committed are as follows:

Date:   March 15, 2017
Place:  Broward County, Florida

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: *Thomas P. Lanigan*
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY
Court ID # A5500033
500 E. Broward Blvd, Suite 700
Fort Lauderdale, FL 33301
(954) 356-7255 ext. 3590
(954) 356-7230 fax
Tom.Lanigan@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Government's Response to Standing Discovery Order was electronically filed this 24th day of August 2017, to the attorney of record.

*Thomas P. Lanigan*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY