# COURT MINUTES

Fort Lauderdale

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - ~~KEY WEST~~, FLORIDA

DEFT: LUIS FERNANDO SEGURA (BOND)    CASE NO: 17-60192-CR-MOORE

AUSA: TOM LANIGAN *present*    ATTY: AFPD MICHAEL SPIVACK *present*

AGENT:    VIOL: 18:912 Impersonating a Federal Officer

PROCEEDING: CHANGE OF PLEA    RECOMMENDED BOND:

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @: $50,000 Personal Surety    To be cosigned by:

- No plea agreement - stipulated facts in support of plea.
- ∆ - placed under oath
- Court explains plea process
- ∆ - consents to Court taking change of plea.
- ∆ - pleads guilty to Count 1 of indictment. It is a felony.
- Court reads stipulated facts into the record.
- ∆ - is a legal resident.
- Court explains sentencing guidelines.
- Court recommends that plea be accepted & ∆ adjudicated guilty
- PSI to be prepared.
- Gov't to introduce OSHA ID Card at sentencing.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

Sentencing: 12/8/17   11:00 am   Chief Judge K. Michael Moore   Fort Lauderdale

For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

DATE: 9-25-17    TIME: 1:30 p.m.    DAR: 13:36:32

20 min.