UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60192-CR-MOORE

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

LUIS FERNANDO SEGURA,
        Defendant.
                                      /

**OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

The Defendant, Mr. Luis Fernado Segura through counsel, files these two objections to the Presentence Investigation Report, "PSI," (DE 25).

Mr. Segura objects to recommendation of a two offense level enhancement for, "Adjustment for Role in the Offense," found in paragraph 13 of the PSI. Mr. Segura did not abuse a position of public or private trust, nor did he use a special skill in a manner that significantly facilitated the commission or concealment of the offense.

Mr. Segura objects to the factual allegation, found in paragraph four of the PSI that, "…when asked for identification he provided an OSHA document." He never presented such a document.

                              Respectfully submitted,

                              MICHAEL CARUSO
                              FEDERAL PUBLIC DEFENDER

                By:   *s/ Michael D. Spivack*
                              Michael D. Spivack
                              Assistant Federal Public Defender
                              Florida Bar No. 508969
                              One East Broward Boulevard, Suite 1100
                              Fort Lauderdale, Florida 33301
                              Tel: 954-356-7436/ Fax: 954-356-7556
                              E-Mail: michael_spivack@fd.org

## CERTIFICATE OF SERVICE

  I HEREBY certify that on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                *s/ Michael D. Spivack*
                Michael D. Spivack